UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and the STATE OF ILLINOIS, <br><br> Plaintiffs, <br><br> v. <br><br> PENNTEX RESOURCES ILLINOIS, INC., <br> and REX ENERGY OPERATING CORP., <br><br> Defendants. | CASE NO.  3:07-cv-241-DRH |

ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREE

Upon the unopposed motion of the United States for entry of the proposed consent decree in the above-captioned case, and it appearing to the Court that the settlement set forth in the consent decree is fair, adequate and reasonable, consistent with the Constitution and the mandate of Congress, and in the public interest, it is hereby:

ORDERED that the unopposed motion for entry of the consent decree is GRANTED.

Entry of the consent decree will be effected by the Court's signature on the proposed consent decree, together with its appendices, lodged with the Court on April 4, 2007 (docket entries #4-1 through #4-4), and its subsequent entry on the docket.

Dated: June 6, 2007

/s/      David   RHerndon
United States District Judge