# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**and the STATE OF ILLINOIS,**

      **Plaintiffs,**

**v.**                                                     **CIVIL ACTION NO.  07-CV-241 DRH**

**PENNTEX RESOURCES ILLINOIS, INC.**
**and REX ENERGY OPERATING CORP.,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came before the Court on the Motion for Entry of Consent Decree.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.**  The Consent Decree agreed to by the parties was approved by the Court and is incorporated by reference in this Judgment of the Court.

                                                            **NORBERT G. JAWORSKI, CLERK**

 June 12, 2007                                                     BY:     /s/Patricia Brown
                                                                                             Deputy Clerk

APPROVED:  /s/     David   RHerndon
                      **U.S. DISTRICT JUDGE**